IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRIS J. JACOBS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Case No. 17-cv-98-bbc

WISCONSIN JUDICIAL COMMISSION,
SUSAN RAIMER and DIANA FREMGEN,

    Defendants

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED dismissing plaintiff Chris J. Jacobs's petition for a writ of mandamus.

| /s/ | 5/22/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |