IN THE DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN

Chris Jacobs

v

WISCONSIN JUDICIAL COMMISSION,
SUSAN RAIMER and DIANA FREMGEN

Case No 17-CV-98-bbc

REC'D/FILED
2017 JUN -9 AM 9:19
PETER OPPENEER
CLERK-US DIST COURT
WD OF WI

notice of appeal

On 5-22-17 District Court Judge Barbara B Crabb dismissed my writ of Mandamus

This is Notice Of Appeal of the case. There are no Transcripts in this case.

Thank you

*[signature]* 6-6-17

Chris Jacobs 186839
CCI
PO Box 900
Portage WI 53901


Copy to the 7th Circuit Appeals Court